AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| USA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 97 CR 672; 16 CV 3293 (EDNY) |
| Gurmeet Singh Dhinsa | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Gurmeet Singh Dhinsa   .

Date:   01/27/2021

/s/
*Attorney's signature*

Marc Fernich (MF9819)
*Printed name and bar number*
800 Third Ave.
Fl 20
New York, NY 10022

*Address*

maf@fernichlaw.com
*E-mail address*

(212) 446-2346
*Telephone number*

(212) 459-2299
*FAX number*