**Federal Rules of Appellate Procedure Form 1.   Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of
Eastern New York

File Number 97 CR  672/16 CV 3293

USA/Gurmeet Singh Dhinsa )
       *Plaintiff,* )
   v. ) Notice of Appeal

Gurmeet Singh Dhinsa/USA )
 )
       *Defendant.* )

Notice is hereby given that Gurmeet Singh Dhinsa, (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the Second Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 30 Nov 2020, 7 Jan 2021 day of_____, 20   .

/s/
Marc Fernich

Attorney for Gurmeet Singh Dhinsa
Address: 800 Third Ave. Fl 18 NYC 10022
maf@fernichlaw.com (212) 446-2346

[***Note to inmate filers:*** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

---

*See Rule 3(c) for permissible ways of identifying appellants